1    J. Andrew Coombs (SBN 123881)
2    Annie S. Wang (SBN 243027)
      J. Andrew Coombs, A Prof. Corp.
3    450 North Brand Blvd., Suite 600
      Glendale, California 91203-2349
4    Telephone: (818) 291-6444
      Facsimile: (818) 291-6446

5    andy@coombspc.com
6    annie@coombspc.com

7    Attorneys for Plaintiff Louis
      Vuitton Malletier, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C 07 3952

| | |
|---|---|
| Louis Vuitton Malletier, S.A., | Case No. |
|           Plaintiff, | PLAINTIFF'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| v. | |
| Akanoc Solutions, Inc., Managed Solutions Group, Inc., Steven Chen and Does 1 through 10, inclusive, | |
|           Defendants. | |

**REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 27, 2007         J. Andrew Coombs, A Professional Corp.

                                           By: _____
                                                  J. Andrew Coombs
                                                  Annie S. Wang
                                     Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

Louis Vuitton Malletier, S.A., v. Akanoc, et al.: Declination to    - 1 -
Proceed Before Magistrate